IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE
COMPANY

Plaintiff

vs

IRVIS V. VAZQUEZ, HAYDEE TORRES-
DE-FRANCO, MARTA FRANCO
GOODNER, CELINE FRANCO, JOSE M.
FRANCO-TORRES

Defendants

CIVIL 97-1577CCC



ENTERED ON DOCKET
4-4-00 PURSUANT
TO FRCP RULES 58 & 79a

RECEIVED & FILED
3-31-00
OFFICE-CLERK U.S.
DISTRICT COURT

### PARTIAL JUDGMENT

For the reasons stated in our Order filed today, partial judgment is entered dismissing the counterclaim filed by Haydée Torres de Franco, Marta Franco Goodner, Celine Franco and José M. Franco Torres. Partial Judgment is also entered discharging Metropolitan Life Insurance Company as a party.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 31, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c E. Baez
J. Soto
C. Ramirez
U. Lugo
J. Saavedra

4-4-00