IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                April 7, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

METROPOLITAN LIFE INSURANCE
COMPANY

vs                                                    CIVIL 97-1577CCC

IRVIS V. VAZQUEZ, et al

By order of the Court, the **pretrial conference is hereby reset for June 1, 2000 at 4:45 PM and the non-jury trial for August 10, 2000 at 9:30 AM.** Parties to be notified.

- Secretary