IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                               May 1, 2000


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


METROPOLITAN LIFE INSURANCE

vs                                          CIVIL 97-1577CCC

IRVIS V. VAZQUEZ, et al


By order of the Court, the Motion for Continuance (**docket entry 55**) is GRANTED; **pretrial conference is reset for July 6, 2000 at 4:45 PM.** Parties to be notified.


*rml* - Secretary

s/c: E. Baez
     J. Soto
     C. Ramirez
     U. Lugo
     J. Saavedra

5-16-00