UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS:　　　　　　　　　　　July 6, 2000


BEFORE HON. CARMEN CONSUELO CEREZO
Chief, United States District Judge


METROPOLITAN LIFE INSURANCE

vs.　　　　　　　　　　　　　　　　　　　CIVIL NO. 97-1577(CC)

IRVIS V. VAZQUEZ, ET AL


　　　　Pretrial conference held in chambers and present were attorneys for plaintiff, Carlos Ramirez de Arellano and Juan Saavedra; Ubaldo Lugo-Cruz appeared on behalf of defendants, and they submitted as filed proposed pretrial order on consolidated version of the separate proposed pretrial orders filed by them on July 10, 1998 (dkt. #23) and on July 13, 1998 (dkt. #24). This final version still includes multiple references to Metropolitan Life Insurance, its theory and defendant's opposition to the same, despite the partial judgement entered on March 31, 2000 dismissing the counterclaim against Metropolitan Life Insurance and discharging said company as a party in this case.

　　　　**The parties were ordered to file an updated final pretrial order and the Pretrial Conference was reset for the last time for <u>August 1, 2000 at 4:45PM</u>. That same day, the Court will hold a settlement conference. Case remains scheduled for trial on August 10, 2000. The parties will meet on July 12, 2000 to prepare the final pretrial order and will file it before the August 1st conference. Ms. Haydee Torres de Franco shall file a Motion in Limine by July 11, 2000 and Ms. Edith Vazquez will oppose it by July 14, 2000. Case to be returned on July 17, 2000 to rule on the Motion in Limine.**

s/c: Baez
　　　Soto
　　　Ramirez
　　　Lugo
　　　Saavedra

JUL 1 3 2000

　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk