IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE CO.

Plaintiff

vs.                                                                 CIVIL NO. 97-1577CCC

IRVIS V. VAZQUEZ, HAYDEE TORRES
DE FRANCO, MARTA DE FRANCO
GOODNER, CELINE FRANCO, JOSE M.
FRANCO TORRES

Defendants

**ORDER**

Having considered the Motion in Limine filed by claimant Haydeé Torres de Franco on July 11, 2000 (**docket entry 58**), the Opposition to Motion in Limine filed by cross-claimant Irvis Vázquez on July 19, 2000 (**docket entry 60**), and claimant's tendered reply (**docket entry 63**), which is ORDERED FILED, the same is DENIED. This in limine request is in the nature of a summary judgment motion. The central issue in this case requires a determination of Ms. Torres de Franco's claim that the card containing a change of beneficiary is a false document. The testimonial evidence in support of this, including the expert's opinion, must be presented at trial and subjected to the scrutiny of cross-examination. This cannot be disposed in summary fashion without incurring in speculation and conclusory statements.

Since plaintiff Metropolitan Life Insurance Company is no longer a party in this interpleader action, the remaining parties are the cross-claimants. Given the nature of the controversy, i.e. the alleged fabrication of the change of beneficiary designation, claimant




AO 72A
(Rev.8/82)

**Civil No.** 97-1577CCC                                                   2

Torres de Franco shall be the first to present her evidence. Cross-claimant Vázquez shall then present proof to refute Torres de Franco's evidence and in support of her own allegations.

SO ORDERED.

At San Juan, Puerto Rico, on August 4th, 2000.

CARMEN CONSUELO CEREZO
United States District Judge
