IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE
COMPANY

Plaintiff

vs                                                                                    CIVIL 97-1577CCC

IRVIS V. VAZQUEZ, HAYDEE TORRES-
DE-FRANCO, MARTA FRANCO
GOODNER, CELINE FRANCO, JOSE M.
FRANCO-TORRES

Defendants

# ORDER

Co-defendant Irvis V. Vázquez' Motion Requesting Extension of Time (**docket entry 72**) is MOOT. Considering that the requested extension for filing of movant's post-trial brief would have expired in mid-September, yet the brief was never tendered, the Motion Requesting that Ms. Irvis V. Vázquez not be Granted Permission to File Brief (**docket entry 73**) is GRANTED. The action is taken under advisement without Ms. Vázquez' brief.

SO ORDERED.

At San Juan, Puerto Rico, on October 26, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)