# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                    March 9, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

**METROPOLITAN LIFE INSURANCE COMPANY**

**Plaintiff**

**vs**                                        CIVIL 97-1577CCC

**IRVIS V. VAZQUEZ, et al**

By order of the Court, plaintiff is hereby ORDERED to file the original 1992 beneficiary card signed by José M. Franco no later than Monday, March 12, 2001 before 5:00 PM.  Parties to be notified.

~~ - Secretary

3/9/2001 Plaintiff's counsel notified by FAX
~~

s/cs:to ( 5 )
attys/pts
in ICMS

MAR 1 3 2001