IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS          March 22, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

METROPOLITAN LIFE INSURANCE COMPANY

Plaintiff

vs                                          CIVIL 97-1577CCC

IRVIS V. VAZQUEZ, et al

By order of the Court, having considered the Informative Motion with Respect to Order Requesting Production of November 19, 1992 Designation Card, filed March 20, 2001 (**docket entry 77**), the Court finds that the original of said card is unavailable for examination by the Court. The Court will not consider the copy. However, it is undisputed that Haydee Torres-de-Franco was the beneficiary according to the 1992 designation. Parties to be notified.

s/cs:to ( 5 )
attys/pts
in ICMS

MAR 3 0 2001

- Secretary