IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE COMPANY

Plaintiff

vs

IRVIS V. VAZQUEZ, HAYDEE TORRES-DE-FRANCO, MARTA FRANCO GOODNER, CELINE FRANCO, JOSE M. FRANCO-TORRES

Defendants

CIVIL 97-1577CCC

ENTERED ON DOCKET
MAR 3 0 2001 PURSUANT
TO FRCP RULES 58 & 79a

## JUDGMENT

For the reasons stated in our Order of this same date, we find that Haydee Torres-de-Franco is the sole legal beneficiary of the life insurance policy in question.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 30th, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( 5 )
attys/pts
in ICMS

MAR 3 0 2001



AO 72A
(Rev.8/82)