IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



**METROPOLITAN LIFE
INSURANCE COMPANY**

VS.

**IRVIS V. VAZQUEZ, et al**

CIVIL 97-1577CCC

## DESCRIPTION OF MOTION

DATE FILED: 5-7-2001   DOCKET: 83

[ ] Plaintiff(s)   [ ] _____
[x] Defendant(s)

TITLE: Mrs. Haydee Torres de Franco's
Motion Requesting Disbursement of Funds
Held By the Clerk of this Court

## O-R-D-E-R

_x_ GRANTED.          __ DENIED.

__ MOOT.              __ NOTED.

OTHER:

_5/14/2001_
DATE

CARMEN CONSUELO CEREZO
United States District Judge