# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          March 4, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge


METROPOLITAN LIFE INSURANCE COMPANY

Plaintiff

vs                                           CIVIL 97-1577CCC

IRVIS V. VAZQUEZ, et al


      By order of the Court the Motion Requesting Writ of Execution (**docket entry 82**) is MOOT. The docket shall so reflect.

                                                      - Secretary

s/cs:to (5)
attys/pts
in ICMS

MAR - 5 2002