IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

METROPOLITAN LIFE INSURANCE
COMPANY

Plaintiff

vs                                                    CIVIL 97-1577CCC

IRVIS V. VAZQUEZ, HAYDEE TORRES-
DE-FRANCO, MARTA FRANCO
GOODNER, CELINE FRANCO, JOSE M.
FRANCO-TORRES

Defendants

## ORDER

Having considered claimant Haydee Torres-de-Franco's Motion Itemizing Attorney's Fees and Requesting Payment of Costs (**docket entry 81**), which is unopposed, said motion is GRANTED. Ms. Irvis V. Vázquez shall pay to Haydee Torres-de-Franco $33,040.00 for attorney's fees and costs.

SO ORDERED.

At San Juan, Puerto Rico, on March 4, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( ✓ )
attys/pts
in ICMS

MAR - 5 2002